IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINCOLN LOGS I, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY,<br><br>        Defendant. | 4:24CV3016<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal. (Filing No. 22). Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 4th day of November, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge